Raed Gonzalez, Esq.
GONZALEZ OLIVIERI, LLC
2200 Southwest Freeway, Suite 550
Houston, Texas 77098
Tel: 713-481-3040
Fax: 713-588-8683
*Counsel of Record for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| FIEL Houston Inc., et al., *Plaintiffs*, v. Chad F. Wolf, Acting Secretary of the U.S. Department of Homeland Security; and Kenneth T. Cuccinelli, Acting Director of the U.S. Citizenship and Immigration Services, *Defendants*. | Case No. 4:20-cv-2515  Date: August 4, 2020 |

### CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

NOW COMES Plaintiffs and hereby certify that the following persons or entities have a financial interest in the outcome of this litigation:

1. Organizational Plaintiff, FIEL Houston Inc., is based in Houston, Texas.

2. Plaintiffs Maria Gutierrez, Enrique Contreras, Fernando Miranda Marin, Orlando Saenz, Shayli Rodriguez, Anahi Lagunas, Elizabeth Rebolloso, and Cesar Espinosa, are all residents of Houston, Texas or the surrounding area.

3. Class members Lesly Saenz, Alberto Saenz, Carlos Campos, Aura Barrera, Maximilliano Segura, Maria Ramirez Dominguez, Joel Aguirre, Salvador Cervantes Cantu, Abel Coyohua, Maycoll Torres, Ariadna Mares, Rosa Munoz, Zaira Escobar, Adriana Vasquez, Nayeli Carranza, Hector Gomez, Mayra Sanchez, Diego Herrera Ramirez, Ana Zepeda, Karen Esthela Martinez, Sandra Camacho, Lauri Espinoza, Manuel Reyes, Tristan Nunez Olivarez, Irving Romero, Maria Rosas, Evelyn Rosas, Emerson Lemus, Ramiro Rivera, Maria Renderos, Argentina Rodriguez, Eswin Martinez Osorio, Camillo Orto, Lucia Mondragon, Gabriela Rubio, Elba Valdez, Karla Cabrera, Zaira Rodriguez, Nallely Camarillo, Vanessa De Leon, Maria Andrade, Kelin

Oneyda Chajon, Susan Orozco, Carmen Mercado, Isidra Lopez, Cesar Hernandez, Fanny Jocelyne Nunez, Lorena Rosales, Leyla Almendarez, Miguel Barrera, Evelyn Nunez, Luis Flores, Jair Mata, Leslie Reyes, Ana Urapo, Karla Flores, Dina Flores, Oscar Garcia, Castro Arzola, Ana Garcia, Denis Martinez, Brenda Lopez Ramos, Braulio Alberto Contreras, Reyna Aguilar, and Ada Gonzalez, are all residents of Houston, Texas or the surrounding area.

4. Raed Gonzalez, Esq., Houston, Texas
5. Amanda Waterhouse, Esq., Houston, Texas
6. Alexander Afanassiev, Esq., Houston, Texas
7. Aaron Prabhu, Esq., Houston, Texas
8. Gonzalez Olivieri, LLC, Houston, Texas
9. Chad F. Wolf, Washington, D.C.
10. The Department of Homeland Security, Washington, D.C.
11. Kenneth T. Cuccinelli, Washington, D.C.
12. U.S. Citizenship and Immigration Services, Washington, D.C.
13. Ryan K. Patrick, Esq., U.S. Attorney, Houston, Texas
14. U.S. Attorney's Office for the Southern District, Houston, Texas
15. William P. Barr, U.S. Attorney General, Washington, D.C.
16. The Department of Justice, Washington, D.C.

Respectfully submitted,

GONZALEZ OLIVIERI, LLC

*/s/ Raed Gonzalez*
Raed Gonzalez, Esq.
GONZALEZ OLIVERI, LLC
2200 Southwest Fwy., Ste. 550
Houston, Texas 77098
Tel: 713-481-3040
Fax: 713-588-8683
*Counsel of Record for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the foregoing Certificate of Interested Parties with the Court and on Defendants via the Court's electronic filing system on August 4, 2020

*/s/ Raed Gonzalez*
Raed Gonzalez, Esq.
*Counsel of Record for Plaintiff*
