

**U.S. Department of Justice**
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005

August 17, 2020

**VIA ECF**

The Honorable Vanessa D. Gilmore
United States District Judge
Southern District of Texas
515 Rusk Ave., Room 5300
Houston, Texas 77002

Re:   *FIEL Houston, Inc., et al., v. Wolf, et al.*, No. 4:20-cv-2515 (S.D. Tex.)

Dear Judge Gilmore:

  Pursuant to this Court's individual Procedures, which require a pre-motion conference before filing most motions, *see* Procedures at 15, the Parties jointly submit their reasons for seeking an enlargement of the page limits for briefing Plaintiffs' Motion for Preliminary Injunction, ECF No. 11.

  The parties jointly request that Defendants have up to 40 pages for their opposition to Plaintiffs' Motion for Preliminary Injunction and that Plaintiffs have up to 20 pages for their reply in support of their Motion for Preliminary Injunction. The procedural history of cases litigating aspects of the Deferred Action for Childhood Arrivals (DACA) policy is complex, extending from numerous district courts to the Supreme Court, and now back down to continued litigation in various district courts. The parties believe that additional pages will assist the Court by providing greater clarity regarding the circumstances of these cases and the relevant legal arguments.

  Accordingly, the parties request an opportunity to file a joint motion for enlargement of the page limits for briefing Plaintiffs' Motion for Preliminary Injunction.

  Respectfully submitted,

| | |
|---|---|
| Raed Gonzalez, Esq. | DAVID M. MORRELL |
| GONZALEZ OLIVIERI, LLC | Deputy Assistant Attorney General |
| Texas Bar No. 24010063 | |
| 2200 Southwest Freeway, Suite 550 | RYAN K. PATRICK |
| Houston, Texas 77098 | United States Attorney |
| Tel: 713-481-3040 | |
| Fax: 713-588-8683 | BRAD P. ROSENBERG |
| rgonzalez@gonzalezolivierillc.com | Assistant Branch Director |
| | |
| Attorneys for Plaintiffs | /s/   *Stephen M. Pezzi* |
| | GALEN N. THORP |
| | Senior Trial Counsel |
| | STEPHEN M. PEZZI |

Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-4781
Fax: (202) 616-8470
Email: galen.thorp@usdoj.gov

*Attorneys for Defendants*