United States District Court
Southern District of Texas
**ENTERED**
August 21, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FIEL HOUSTON, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CHAD F. WOLF, in his official capacity as the Acting Secretary of Homeland Security, *et al.*, <br><br> *Defendants*. | Civil Action No. 4:20-cv-02515 |

## ORDER

Upon consideration of Defendant's Motion for Extension of Deadlines to Respond to Plaintiffs' Motions for Preliminary Injunction and Class Certification, and good cause being shown, it is hereby:

**ORDERED** that Defendant's opposition to Plaintiffs' Motion for Preliminary Injunction [11], is due on or before September 4, 2020; and further

**ORDERED** that the deadline for Defendant's opposition to Plaintiffs' Motion for Class Certification is suspended pending further order of the Court; and further

**ORDERED** that, within 14 days after the Court has ruled on both Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss, the Parties shall meet and confer and submit a proposed schedule for briefing Plaintiffs Motion for Class Certification.

**SO ORDERED.**

DATED: Aug. 21, 2020

_____
UNITED STATES DISTRICT JUDGE